IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WILLIE LEE WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 325-063 |
| ) | |
| CORE CIVIC MEDICAL SERVICES; ) | |
| DR. EVON NEAU; SHAWN GILLIS; ) | |
| and A. WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 21.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Core Civic Medical Services and Warden Shawn Gillis, as well as any equal protection and official capacity claims for monetary damages brought against state actors, for failure to state a claim. The case shall proceed in accordance with the Magistrate Judge's August 28, 2025 Order. (See doc. no. 12.)

SO ORDERED this 29th day of September, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE